IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. 2:03-CR-49-MHT |
| ) | |
| ZACHERY W. HOLLEY ) | |

**<u>ORDER</u>**

Zachery W. Holley is DIRECTED to appear on **February 3, 2012, at 9:00 a.m.**, in Courtroom 2E, United States Courthouse, One Church Street, Montgomery, Alabama, for reentry court.

DONE this 18th day of January, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE