IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03-CR-49-MHT |
| | ) | |
| ZACHERY W. HOLLEY | ) | |

## **ORDER**

Zachery W. Holley is DIRECTED to appear on **February 24, 2012 at 9:00 a.m.**, in Courtroom 2E, United States Courthouse, One Church Street, Montgomery, Alabama, for reentry court.

DONE this 8th day of February, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE