# United States District Court

for

## Middle District of Alabama

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Zachery W. Holley                                                  Case Number:  2:03cr49-MHT

Name of Sentencing Judicial Officer:  The Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence:  March 29, 2004, amended January 26, 2006; supervised release revoked on September 28, 2011

Original Offense:  Felon in Possession of a Firearm

Original Sentence:  84 months custody to be followed by a three (3) year supervised release term; amended from 84 months to 66 months custody to be followed by a three (3) year supervised release term

Revocation Sentence:  58 days (Time Served) to be followed by a two (2) year supervised release term

Type of Supervision:  Supervised Release                     Date Supervision Commenced:  September 28, 2 011

Assistant U.S. Attorney:  Todd A. Brown                                Defense Attorney:  Kacey Leigh Keeton

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend petition (doc. no. 107) filed on March 2, 2012, (warrant previously issued on March 2, 2012)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **Mandatory Condition:** "The defendant shall not commit another federal, state or local crime." | On March, 8, 2012, Zachery Holley possessed and/or constructively possessed a Taurus PT 1911 AR firearm, .45 caliber ammunition, and/or a Glock 27 firearm and .40 caliber ammunition, in violation of 18 U.S.C. § 922(g), a Class C felony. |
| **Mandatory Condition:** "The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon." | On March, 8, 2012, Zachery Holley possessed and/or constructively possessed a Taurus PT 1911 AR firearm, .45 caliber ammunition, and/or a Glock 27 firearm and .40 caliber ammunition. |

RECEIVED 2012 MAR -9 P 3:13 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

| | |
|---|---|
| **Violation No. 1– Standard Condition No. 3:** "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | On October 4, 2011, Zachery Holley was instructed to participate in the probation office's random drug testing color code program. He acknowledged his understanding of the program with his signature on the "Substance Abuse Testing Requirement Form - Phase System." On February 27, 2012, Holley failed to appear for drug testing as instructed by the probation officer. On February 28, 2012, the probation officer left a voice message on Holley's cellular telephone, instructing him to report for drug testing which he failed to do. |
| **Violation No. 2-- Special Condition No. 2:** "The defendant shall participate in a program approved by the United States Probation Officer for substance abuse, which may include testing to determine whether he has reverted to the use of drugs......." | On February 27, 2012, Zachery Holly failed to appear for drug testing. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
     [X]   revoked.
     [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

          I declare under penalty of perjury that the foregoing is true and correct.

          Executed on March 9, 2012

          /s/ Daphne P. Willcox
          Senior U.S. Probation Officer

Reviewed and Approved:

/s/ Sandra G. Wood
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   That petition (doc. no. 107) be and is hereby amended.
[ ]   Other

          UNITED STATES DISTRICT JUDGE

          Date