AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Amended Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ZACHERY W. HOLLEY | Case No.   2:03cr49-01-MHT   (WO) |
| | USM No.   11245-002 |
| | Carly B. Wilkins |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   1-4 of the amended petition   filed 3/9/12 of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state or local crime. | 3/8/2012 |
| 2 | The defendant possessed a firearm, ammunition, destructive device, or other dangerous weapon. | 3/8/2012 |
| 3 | The defendant failed to answer truthfully all the inquires by the probation officer and follow the instructions of the probation officer. | 2/27/2012 |
| 4 | The defendant failed to participate in a program approved by the United Probation Officer for substance abuse. | 2/27/2012 |

    The defendant is sentenced as provided in pages    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2308

Defendant's Year of Birth:  1974

City and State of Defendant's Residence:
         Montgomery, Alabama

                                    May 9, 2012
                                    Date of Imposition of Judgment

                                    Signature of Judge

                                    MYRON H. THOMPSON, U.S. DISTRICT JUDGE
                                    Name and Title of Judge

                                    May 9, 2012
                                    Date

Judgment — Page  2  of  2

**DEFENDANT:** ZACHERY W. HOLLEY
**CASE NUMBER:** 2:03cr49-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

2 Years less 58 days. The term of supervised release imposed on September 28, 2011 is hereby Revoked.

X   The court makes the following recommendations to the Bureau of Prisons:
    The court recommends that the defendant be designated to a facility where substance abuse treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL