IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | DOCKET NUMBER: 2:03CR049-MHT |
| ZACHERY W. HOLLEY | ) | |

### ORDER TERMINATING PARTICIPANT FROM ALLRISE REENTRY COURT PROGRAM

On October 27, 2011, the defendant was accepted as a participant in the Allrise Reentry Court Program. Based on the decision of the Court Team, effective May 9, 2012, the defendant wass terminated from the Allrise Reentry Court Program for the following reason(s):

  ___ Continued Non-Compliance (revocation not pursued)

  _X_ Continued Non-Compliance (revocation pursued)

  ___ Transfer out of District / Area

  ___ Voluntary Termination

  ___ Successful Completion

  ___ Other: _____

**IT IS ORDERED** that the defendant is terminated from the Allrise Reentry Court Program. The Court further orders this case be administered under the original conditions of supervision and subject to further court action.

DATED this _18th_ day of _September_, 2014.

_____
W. Keith Watkins
Chief U.S. District Judge